In The District Court of California
For The Central District of California

David Lee Keys #32859-007
            Plaintiff              CV21-02146-JFW(AS)
        V.
United States of America
Two Unknown Correctional officers (USP ATWATER)
One Unknown Medical staff (USP ATWATER)
Unknown Unit Manager 6B (USP ATWATER)
Unknown Unit Counsler 6B (USP ATWATER)
Unknown Unit Case Manager 6B (USP ATWATER)
Franklin (medical staff) (USP ATWATER
Stevens (medical staff) (USP ATWATER)
D. Shirley SHU Counsler (USP VICTORVILLE)

FILED
CLERK, U.S. DISTRICT COURT

MAR 22 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___RS___ DEPUTY

## Bivens Civil Action
## Complaint

   I mr. David L. Keys ask that this honorable Court will accept and file my Bivens Civil Action Complaint under Pro SE, Until I can receive proper Counsle.

   I mr. David L. Keys had came inside Housing unit 6B from outside recreation. I went to my cell which is cell #209 and after I went inside six inmates enterded my cell and told me I had to go. When I said No, they beat me very badly. I didn't no that I was beat so bad that I Lost my bowls on myself. I made my way out of my cell and I fast walked to the officer station and that is when the Correctional Staff became aware of my injuries and locked the 6B housing unit down. ALL of this took place at 14:30pm on March 24, 2019 at United States Penitentiary ATWATER. All Staff memebers don't wear their name tags so I don't no how to spell their names.

At approx 14:30pm AT USP ATWATER Housing unit 6B I mr. David Lee Keys entered my cell 209 in 6B. Then six other inmates entered behind me and told me that I have to go meaning I have to check in to the Hole under protective Custody. I said NO, and thats when all I remember was getting hit all over then I blacked out I think because I dont remember anything after that. I do remember fast walking down the hall, down the steps and to the Officers station. And the officers became awear of the incident and locked the 6B unit down. It took the medical staff about 20minutes to come with a Strecher to get me. I was then taken to Health Services and the only thing I received was an eye and face bandage then was sent to R&D to strip out and that is when the Correctional officers became awear of me losing my bowls. I was given toilet paper to clean myself. So I wet the toilet paper and cleaned myself best I could. No pain meds was given to me during any of this time. I was then transferd to the Outside hospital which I had to have Stiches placed at my left tear duck to stop my eye from coming out of the Socket. Then I had to have a (CT) catscan done on my head which showed I had a left Floor obital blowout. Both of my eyes were black and the left one was Swollen shut do to the Assault. I was then cleaned up by the Staff at the Outside Hospital, then told I would need to have plastic Surgery done on my left eye at a later date. I was then taken to another Hospital for a Higher level of Care. And was to I really need plastic Surgery done after my face heal up with the Stiches. I was then sent back to USP ATWATER. The very next day I put in a Sick Call request to the medical Staff at the prison for pain medication and NO one responded to my request on the dates of 3/25/2019, 3/26/2019, 3/27/2019, 3/28/2019, 3/29/2019, 3/30/2019, 3/31/2019, 4/1/2019, 4/2/2019, 4/3/2019, 4/4/2019, 4/5/2019, 4/6/2019, 4/7/2019, 4/8/2019, 4/9/2019, 4/10/2019 I Stop requesting pain meds and to be Seen by the doctor around the time of 4/15/2019 because I only get ignored. The BOP never once did Wound Care before or after I had plastic Surgery. Never once was I given the Ice pack that my medical files said they gave me but I never received once, this Ice pack. I had plastic surgery on the date of 4/17/2019 and at this time I begged the

Outside doctor to proscribe me with pain medication because USP ATWATER has not given me any pain meds at all nor have they ever did wound care. I had to wash my own bandage dry it and reuse it over and over again. I was not given any antibiotic's nor any Ointment to help the healing and to help me from any infections, which is do to lack of medical Care. I also had to ask the Doctor at the outside Hospital to proscribe me with pain medication After my plastic Surgery. On the date of my Surgery Dr. VandabeeK did proscribe me with pain medication after I Let him no that the medical Staff at (USP) ATWATER had not given me any from the date the Assault happened which was 3·24·2019 until the day of my Surgery which was 4·17·2019, 24 days after the Assault. I wrote to my unit team requesting BP-8,9,10, and 11, Administrated Remedy Form. I File for a BP-8 through an Inmate request form on the date of 3·26·2019 through the mail to my unit Case Manager which the name is unKnown to me. I File another request to the Case Manager on the dates of 3·30·2019 and 4·2·2019 only to get my request Ignored. Then I file for a BP-8 from my unit Counsler on the dates of 4·3·2019, 4·4·2019 and 4·5·2019 only to get Ignored again. Then I went to the Head of the Unit team which is the Unit Manager which his name is unKnown to me. I put a Request from in to mail on the date of 4·10·2019, only to get no responds. All I was requesting was Administrative Remedy forms so that I may Exsauhts my Remedies for failer to protect under Color of Law, do to Correctional officers neglecting to be aware of Seven Inmates in one Cell at one time and to file Administrative Remedy on the Medical staff for not given me any medical Care at all up until my plastic Surgery. ALL Staff do not wear their names where the inmate Can see them at all times. That is the Sole reason I can not name all the Staff memeber's in this Bivens Civil Action Complaint. For about ten months after this I requested BP-8, BP-9, BP-10, and BP-11 from a Mr. D. Shirley the Special Housing Unit (SHU) Counsler as well as a six month Account Statement. For ten months Mr. D. Shirley at (USP) VICTORVILLE denied me all these things. I wrote to the Courts about what Mr. Shirley was doing. I even wrote to my Congress Woman Eleanor Holmes Norton about How the BOP Have been treating me and

What Mr. D. Shirley was doing to me. When I would as Mr. D. Shirley for a BP-8, 9, 10, and 11, Administrative Remedy For He, Mr. Shirley would state in a very loud voice so that all 20 cells on the Range could hear him, he would Say, Mr. Ke, whom do you wish to snitch on today. By Mr. Shirley Stating this statement in a level Seven penitentiary and by me Mr. David L. Keys already being on "Protective Custody" and Mr. D. Shirley stating whom do I wish to snitch on put my Life in danger. People don't respect a snitch in any Prison. Men get stab for snitching or most times raped and killed. And By Mr. Shirley saying what he said because I wanted what I have a right to have could get me hurt or Killed in the prison system. Now I have to watch my back forever in the prison system. Mr. D. Shirley told me that he would not allow a Convicted Felon to write up any BOP employee's nor any of his Co-worker's. By Mr. D. Shirley dening me my Six month Account Statement and Administrative Remedy Forms as well as mail stamps to File this Bivens Civil Action Complaint which inturn forced the Courts to Dissmiss my Bivens Civil Action Complaint Twice.

I mr. David Lee Keys ask this honorable Court to find out the names of the two Correctional officers names that worked 6B on 3·24·2019 at 14:30pm and the medical staff members that are on my medical Reports from 3·24·2019 until June 24, 2019. As well as the names of my whole unit team, from the Unit Manager, Unit Case Manager, and the 6B Unit Counsler and place them as defendence in this Bivens Civil Action Complaint.

Releif Sought: 2.1 million Dollars for all the Damage that was done.

I, mr. David Lee Keys Swear under penalty of perjury that everything In this Bivens Civil Action Complaint is true to the best Knowledge.

Date: _____          Sign: Mr. David L. Keys



**EMANUEL MEDICAL CENTER**
825 Delbon Avenue
Turlock, CA 95382

**USP ATWATER**

Patient: KEYS, DAVID

**# 32859-007**

Report #: 0324-0130

Portions of this section were scribed by Palomares, Cinthia on 03/24/19 at 1716

## HPI / PFSH
**Chief Complaint**
Victim of assault
**HPI:**
37-year-old male who denies any significant past medical history brought to the emergency room today to be evaluated for left facial injury secondary to trauma. He is an inmate at a local jail where he said he was assaulted. He could not tell me how many individual will involve in the assaulted. He could not say whether he was assaulted with fist or a weapon. The custody officers at bedside stated that it was a combination of fist and boots. Patient complained of left facial pain and swelling. Unclear whether he passed out. Denies any neck pain, chest or abdominal pain. No nausea or vomiting. No shortness of breath. No motor weakness. He has no further complaints otherwise. He is not on any medication or anticoagulation therapy.
**Time Seen** 1712
**Source of information** patient

**Past Family Social Hx**
**Past Medical History:** Denies
**Allergies**
**Coded Allergies:**
NO KNOWN DRUG ALLERGY (03/24/19)

**Past Surgeries/Dates** Denies
**Past Social Hx** Tobacco Usage (former), Denies ETOH Usage, Denies Illicit Drug Use
Portions of this section were scribed by Palomares, Cinthia on 03/24/19 at 1917

## Review of Systems
**Details***
ROS negative except for HPI
Portions of this section were scribed by Palomares, Cinthia on 03/24/19 at 1716

## Exam

---

Patient: KEYS, DAVID
DOB: 12/25/81
MR# EE00645128
Room#:

Account#: F00000590381
Admit/Service Date: 03/24/19
Discharge Date:
Pt Location: TMC.ED

Report#: 0324-0130

**ED General Medical**

**<Electronically signed by JOHN KANU, MD> 03/24/19 2039**

Printed:

Page 1

**EMANUEL MEDICAL CENTER**

Negative tibia and fibula.

**Reported By: GAARDER,KIRSTEN MD**
**<Electronically signed by KIRSTEN GAARDER, MD in OV> 03/24/19 1807**
Portions of this section were scribed by Palomares,Cinthia on 03/24/19 at 1917

## Impression/Diagnosis
### Details*
CT scan of the head will be obtained to assess for any underlying epidural or subdural hematoma given the head trauma. CT of the maxillofacial spine will also be added to assess for any facial fractures, globe injury or orbital entrapment syndrome. CT of the cervical spine will also be done to assess for any related injury. All other clinically related differential diagnosis were considered. Plain film of the right tib-fib will be obtained given the tenderness to palpation on the physical exam in that area to rule out related fracture. Patient pain symptoms will be treated accordingly.

## Medical Decision Making

## Re-evaluation/Medical Decision
### Details*
Patient was placed on continuous cardiac monitoring and his cardiac rhythm closely monitored, no acute cardiac dysrhythmia noted. His pain symptoms treated initially with Norco 10-325 mg p.o. given along with antiemetic Zofran 4 mg ODT for nausea prophylaxis. The above test results were completed and reviewed including the radiologic images. Given his left orbital blowout fracture on CT scan with left inferior rectus muscle entrapment syndrome he will need plastic surgery evaluation among other specialties. I spoke with DMC, Modesto emergency room physician Dr. Madrid who accepted patient for transfer to their facility for higher level of care, I appreciate his help. Additional pain management to include Dilaudid 1 mg IV given along with antiemetic Zofran 4 mg IV. Plan of care discussed with patient, he verbalized understanding and agreed. Blood cultures were drawn and clindamycin 900 mg IV ordered.

2008: I spoke to the accepting doctor at DMC for who agreed to transfer the patient for care

Overall clinical impression:

1. Acute right facial injury secondary to trauma
2. Acute left orbital blowout fracture with left inferior rectus muscle entrapment in the defect.
3. Acute nasal bones fracture
4. Victim of physical assault
5. Acute leukocytosis

Disposition: Transfer to DMC, Modesto for higher level of care.

---

Patient: KEYS,DAVID
DOB: 12/25/81
MR# EE00645128
Room#:

Account#: F00000590381
Admit/Service Date: 03/24/19
Discharge Date:
Pt Location: TMC.ED

Report#: 0324-0130

**ED General Medical**

**<Electronically signed by JOHN KANU, MD> 03/24/19 2039**

Page 6

Printed:

**# 32859·007**

Legal Copy

**Sutter Health**

SUTTER TRACY COMM
HOSPITAL
1420 N. Tracy Blvd.
Tracy CA 95376-3451
Pertinent Packet

Keys, David
MRN: 62700855, DOB: 12/25/1981, Sex: M
Adm: 4/17/2019, D/C: 4/17/2019

**Operative/Immediate Post Op Note (continued)**

Operative Report by Vanderbeek, Christopher, DDS at 04/17/19 1011 (continued)

**FINDINGS:**
Left Orbital floor fracture
Good implant placement and fixation

**Procedure in Detail:**
The patient was greeted in the pre op area. The risk/benefits/and alternatives were then again discussed. Consent was confirmed. Correct side was marked. Patient was preped for surgery. At this time the patient was taken back to the operating room #3. The patient was then induced under general endotracheal anesthesia via oral intubation. Tube was secured. A timeout was held. At this time approximately 3ml of 1% lidocaine with 1:100,000 epi was administered to the proposed transconjunctival surgical sites. The patient was prepped by the nurse. The surgeon left the room to scrub and returned and the patient was drapped. The procedure started. A forced duction was done to check for occular movements. Lacrilube was then placed into each eye and corneal shields were then placed.

A desmarres retractor was placed to retract the eyelid. A malleable was used to retracted the left globe. A boive on 15/15 was then used to make a transconjunctival incision. This was carried through the submucosal tissues and through the periosteum down to the infraorbital rim. At this time a #9 was used to exposed the infraorbital rim. A modified freer elevator was used to exposed the fractured orbital floor. This was used in combination with a malleable to retract the tissues and expose the fracture. A significant amount of periorbital tissues were noted to be displaced into the maxillary sinus. These were then removed from the sinus and elevated with the globe.

At this time the fracture floor was identified and the implant was the cut to the appropriate shape. The site was then irrigated with copious normal saline. At this time the Stryker orbital floor implant was then placed over the fractured floor. It was then secured with 2 self drilling 4mm Stryker 1.7mm screws. The L orbital position was evaluated and noted to still be enophthalmic. The implant fixation screws were removed and the implant position was then adjusted. It was then re-secured with two 4mm screws and one 5mm screw. The screws were pre drilled. The L globe position was then noted to me in ideal position. The site was then irrigated again with copious NS. A forced duction was completed and the globe was noted to move freely. There was not bleeding noted.

Attention was the turned to closure. A 5.0 fast gut interrupted and inverted was used to approximate the conjunctiva. The bilateral corneal shields were then removed and the eyes were irrigated out with ocular saline. The left globe was noted to be in ideal position. The patient was noted to be hemostatic. The patient was extubated and taken to the PACU in stable condition.

**ESTIMATED BLOOD LOSS:**
50 cc

**SPECIMEN(S):** none

**COMPLICATIONS:** none

**PATIENT CONDITION:** stable

USP Atwater - HSU
1 Federal Way
Atwater, CA. 95301

Printed by [S11159] at 4/24/19 7:08 AM

Page 9

# 32859.007

Legal Copy

**Sutter Health**

SUTTER TRACY COMM
HOSPITAL
1420 N. Tracy Blvd.
Tracy CA 95376-3451
Pertinent Packet

Keys, David
MRN: 62700855, DOB: 12/25/1981, Sex: M
Adm: 4/17/2019, D/C: 4/17/2019

## Operative/Immediate Post Op Note (continued)

Immediate Post Op Note by Vanderbeek, Christopher, DDS at 04/17/19 1008 (continued)

ANESTHESIA USED: general endotracheal

ESTIMATED BLOOD LOSS: 50 mL

TOURNIQUET TIME: not applicable

IMPLANTS USED: Stryker Orbital floor implant

FINDINGS: as above

SPECIMENS REMOVED: none

COMPLICATIONS: none

CONDITION: Stable to PACU

Christopher Vanderbeek, DDS

USP Atwater - HSU
1 Federal Way
Atwater, CA. 95301

Signed by Vanderbeek, Christopher, DDS at 04/17/19 1011

## Operative Report by Vanderbeek, Christopher, DDS at 04/17/19 1011

Author: Vanderbeek, Christopher, DDS
Filed: 04/17/19 1051
Status: Signed

Service: Oral Maxillofacial Surgery
Date of Service: 04/17/19 1011
Editor: Vanderbeek, Christopher, DDS (Dentist)

Author Type: Dentist
Creation Time: 04/17/19 1011

### OMFS OPERATIVE NOTE

4/17/2019

**PRE-OPERATIVE DIAGNOSIS:**
Left Orbital floor fracture

**POST-OPERATIVE DIAGNOSIS:**
Left Orbital floor fracture

**PROCEDURE:**
ORIF Left Orbital floor fracture

**SURGEON:** Christopher Vanderbeek, DDS

**ASSISTANT:**
Surgical tec

**ANESTHESIOLOGIST:**
Dr. Tran

**ANESTHESIA:** general endotracheal

Printed by [S11159] at 4/24/19  7:08 AM

#32859·007

Legal Copy



SUTTER TRACY COMM
HOSPITAL
1420 N. Tracy Blvd.
Tracy CA 95376-3451
Pertinent Packet

Keys, David
MRN: 62700855, DOB: 12/25/1981, Sex: M
Adm: 4/17/2019, D/C: 4/17/2019

## History and Physical (continued)

**Interval H&P Note by Vanderbeek, Christopher, DDS at 04/17/19 0722 (continued)**

**IMAGING:**
CT Max Face: (DMC system): L orbital floor fracture with greater than 50% of floor involvement.

**ASSESSMENT/PLAN:**
37 yo M otherwise healthy s/p assaulth with large left orbital floor blow out fracture and L V2 anesthesia
- To OR for ORIF L orbital floor fx w/ implant placement
- Authorization obtained
- Risks/benefits/alternatives were discussed with the patient
- Consent at hospital for the above

Christopher Vanderbeek, DDS

Signed by Vanderbeek, Christopher, DDS at 04/16/19 1391

USP Atwater - HSU
1 Federal Way
Atwater, CA. 95301

## Dialysis Notes

**General Script Information**

## Operative/Immediate Post Op Note

**Immediate Post Op Note by Vanderbeek, Christopher, DDS at 04/17/19 1008**

Author: Vanderbeek, Christopher, DDS
Filed: 04/17/19 1011
Status: Signed

Service: Oral Maxillofacial Surgery
Date of Service: 04/17/19 1008
Editor: Vanderbeek, Christopher, DDS (Dentist)

Author Type: Dentist
Creation Time: 04/17/19 1008

## IMMEDIATE BRIEF OPERATIVE NOTE - OMFS

Wednesday, April 17, 2019

**PREOP DIAGNOSIS:**
Left Orbital floor fracture

**POSTOP DIAGNOSIS:**
Left Orbital floor fracture

**PROCEDURE PERFORMED:**
ORIF Left Orbital floor fracture

**SURGEON:** Christopher Vanderbeek, DDS

**ASSISTANT:** Surgical tec

Printed by [S11159] at 4/24/19  7:08 AM

| Inmate Name:   KEYS, DAVID L | | Reg #:   32859-007 |
| Date of Birth:    12/25/1981 | Sex:      M    Race:  BLACK | Facility:  ATW |
| Encounter Date: 03/24/2019 15:18 | Provider: Spears, Steven | Unit:     F67 |

**Subtype:**

Emergency Room

**Reason for Request:**

Laceration repair, R/O fracture.

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|
| 03/24/2019    Counseling | Access to Care | Spears, Steven | Verbalizes Understanding |

**Copay Required:** No    **Cosign Required:** Yes

**Telephone/Verbal Order:**   Yes    **By:**  Rutledge, Franklin MD/WXR MAST Physician

**Telephone or Verbal order read back and verified.**

Completed by Spears, Steven RN/IDC/IOP on 03/24/2019 15:30

Requested to be cosigned by  Rutledge, Franklin MD/WXR MAST Physician.

Cosign documentation will be displayed on the following page.

To whom it may Concern,

My name is Mr. David Lee Keys Reg. No. 32859-007. I am a Inmate Housed at USP Florence. I ask this Court to please find, out the names of the two officers whom worked unit 6B on 3·24·2019 as well as the unit Manager, Case Manager, and, Counsler out of housing unit 6B, as well as any and all medical Staff that names are on my medical Records for the dates of 3·24·2019 until the date of 6·24·2019 and add them to this Bivens Civil Action Complaint please. I have wrote a letter to the director of freedom of Information Act over a month ago to seek out the names of all these FBOP Staff members and I have not heard anything as of late. I have requested a memo from the Warden and my unit team because I have no access to any of my property which holds all of my medical Records, which is why I don't No the medical Staff names to add them to this case myself. the memo I requested also should State I don't have any Access to the phone Law Library nor my medical file. I gave this request to the Warden here at USP Florence on the date of 2·24·2019 as well as a request to my unit Manager about the Same issuse. I placed them in their hands myself. I need my personal property to move forward with this case but this prison has had me on Quarintine for the last three weeks and I was Housed at (OKC) Transfer Center for two weeks before I got here at USP Florence. I was not allowed to bring my property with me on my Persons, to (OKC) nor USP Florence. My property will Come after I have been at this prison for Some time. I have to wait until (USP) VICTORVILLE sends my property, then I have to wait for it to Come from the Warehouse here at (USP) Florence then I have to wait to have my name placed on a list to Come and pick it up. I ask that this honorable Court take all of what I've Stated in this letter and My Bivens Civil Action Complaint into Concederation and file this letter with my Complaint. May I also have a Stamped Copy a full Stamped Copy of this Bivens Complaint for my own personal files please. Thank you for your time in this matter, Mr. David L. Keys

Date: Feb 28, 2019   Time 6:00 Am

To the Clerk of the Courts,

I mr. David Lee Keys #32859-007 Am Filing a Bivens Civil Action Complaint. I am a Indigent Inmate in prison and I wish to File this Bivens Civil Action Complaint under Forma Perpersuis, Sorry I don't No how to spell the word that I under lined, but I would Like to file under Indigent Status. I also placed my Six month Statement with this Letter to prove I do have much money. But What I do have at anytime after the Courts receive this Bivens Civil Action Complaint I give this honorable Court the power to withdraw any Funds that is needed for me to file my Complaint. I did file a Federal Tort Claim and it came back Saying I can now proceed into the Courts. If I need to Submit any other forms Please fill free to Send them to me at USP Florence P.O. Box 7000 Florence, Co 81226 If I need a CV-60 Form or a CV-90 or CV-99 Form please Send them to me So that I may fill them out and send them back to this honorable Court. If I have to fill out a Prisoner Complaint Form please send it as well. Please forgive me but I am going off of my memory with this whole Bivens Complaint do to me not being allowed any of my personal property. I am also seeking Legal Counsle / Attorney at this time to help me with this case but I will not be able to use the phone until March 14th 2021 unless they Exstend the time of Lockdown here at (USP) Florence. We have been on lockdown Since I came here on 2/11/2019 and today's date is March 1, 2021.

Sincerely,
Mr. Dal L. Keys

Date: 3/1/2021

Date: 02/25/2021
Time: 3:27:45 PM

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: FLX

**Start Date:** 08/25/2020
**End Date:** 02/25/2021
**Inmate Reg#:** 32859007
**Account Status:** All
**Institution:** Florence FCC

Six Month Statement

Page 1

Date: 02/25/2021
Time: 3:27:45 PM

**Federal Bureau of Prisons**
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: FLX

### General Information

**CERTIFIED**

FEB 25 2021

**FCC FLORENCE TRUST FUND**

| | | | | |
|---|---|---|---|---|
| Inmate Reg#: | 32859007 | Living Quarter: | Z05-155LAD | |
| Inmate Name: | KEYS, DAVID L | Arrived From: | OKL | |
| Current Site Name: | Florence FCC | Transferred To: | | |
| Housing Unit: | FLP-Z-A | Account Creation Date: | 11/26/2004 | |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| FLX | 02/12/2021 03:11:13 AM | TX021221 | | | Transfer - In from TRUFACS | $4.84 | | $4.84 |
| FLX | 02/16/2021 12:53:26 PM | 61 | | | Sales | ($4.50) | | $0.34 |
| FLX | 02/23/2021 10:39:08 AM | 94 | | | Sales | $0.00 | | $0.34 |
| **Total Count:** | | **3** | | | **Totals:** | **$0.34** | **$0.00** | |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| FLX | $0.34 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.34 |
| **Totals:** | **$0.34** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.34** |

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | National 6 Months Avg Daily Balance | Local Max. Balance -Prev. 30 Days | Average Balance- Prev. 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $130.00 | $179.70 | $65.75 | $4.84 | $45.08 | N/A | N/A |

Page 2

3/16/2021

Dear Clerk of the Court,

My name is Mr. David Lee Keys Reg. No. 32859-007 I am sending somethings I would like to be added with my Bivens Civil Action Complaint. Proof of my plastic Surgery as well as when I was given pain medication and how much blood I lost in Surgery as well as me being Assaulted at a prison. I ask that this honourable Court will add and file these medical Records to my Bivens Civil Action Complaint.

Sincerely,
Mr. David L. Key

Case 2:21-cv-02146-JFW-AS   Document 5   Filed 03/22/21   Page 16 of 16   Page ID #:23

David Lee Keys #32859-007
United States Penitentiary Florence
P.O. Box 7000
Florence, Co 81226

CV

Edward R. Roybal Federal Building and
United States Courthouse
255 East Temple Street
Los Angeles, CA 90012-3332

RECEIVED
CLERK, U.S. DISTRICT C

MAR 22 2021

CENTRAL DISTRICT OF CAL.

(Legal Mail)